EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Aprobación de <br>Cambio de Estatus Inactivo de <br>abril a diciembre de 2014 | 2015 TSPR 6 <br><br> 192 DPR ____ |

Número del Caso: EM-2015-2

Fecha: 21 de enero de 2015

Materia: Cambio de Estatus Inactivo de abril a diciembre de 2014

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
abril a diciembre de 2014          EM-2015-2




RESOLUCIÓN


En San Juan, Puerto Rico, a 21 de enero de 2015.

Durante el periodo de abril a diciembre de 2014, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**abril**

| | |
|---|---|
| Julio E. Alvarado Ginorio | 1899 |
| Manuel F. Arraiza | 1987 |
| Rafael A. Mirabal Conde | 2117 |
| Maritza Roura Fraticelli | 2126 |
| Arcadio García Colón | 2612 |
| Osvaldo A. Villanueva Díaz | 2664 |
| Francisco de Jesús Schuck | 2842 |
| Gerónimo Lluberas Kells | 3101 |
| Manuel Méndez Saavedra | 4571 |
| Efraín Pérez Jiménez | 4849 |
| Juan A. Pedrosa Trápaga | 6058 |
| Jan P. Johnson Burt | 6949 |
| Sussettee Pérez Moll | 6984 |
| Rosa Jusino López | 7776 |
| María del P. Rivera Mendoza | 11,101 |
| Joseph E. Valentín Cuebas | 11,548 |
| Karla C. Raimundí Devarié | 16,270 |
| Leslie Ann Taylor | 17,171 |
| Claudi E. Landor Concepción | 19,519 |

Aprobación de Cambio de
Estatus Inactivo de
abril a diciembre de 2014                    Página 2

### mayo

| | |
|---|---|
| Edgardo Lloréns Quiñones | 1911 |
| Rafael Rivera Rodríguez | 2654 |
| Julio L. Aguirre Rodríguez | 3147 |
| Doris Z. Pons Pagán | 3291 |
| Julio M. Rodríguez Isalgué | 3398 |
| Edric E. Vivoni Farage | 3613 |
| Jorge Luis Cuadros Riera | 5602 |
| Héctor L. Nieves Silva | 6386 |
| Ángel M. Saavedra Arroyo | 6631 |
| Julia M. Santiago de la Cruz | 6801 |
| María E. González Rodríguez | 7297 |
| Félix R. Guerrero Rodríguez | 7613 |
| Karimi Miranda Labrador | 7711 |
| Luis A. Torres Iturrino | 8443 |
| Jaime Ferrer Rodríguez | 8980 |
| José G. Baquero Tirado | 11,175 |
| Luis R. Vidal Sáenz | 11,957 |
| Priscilla Y. Zapata Toro | 15,552 |
| Antonio Domínguez Romero | 16,547 |
| Michael J. Salichs Rosselló | 17,470 |

### Junio

| | |
|---|---|
| Dante Rodríguez Sosa | 2968 |
| Joaquín A. Márquez Tudela | 3070 |
| Narciso Díaz Díaz | 4725 |
| Ana I. García de la Paz | 4917 |
| Oscar Pérez Sosa | 5202 |
| José E. Marrero Febus | 5870 |
| Melba Figueroa Padilla | 6950 |
| Leoncio P. Beraza Fernández | 7480 |
| Ana M. Martínez Calimano | 9536 |
| Raquel Enid Lugo Ramírez | 10,700 |
| José A. Figueroa Lugo | 11,596 |
| José R. Laureano Cintrón | 16,445 |

### julio

| | |
|---|---|
| Ángel Alfonso Colón | 2262 |
| Lourdes R. Díaz Antommattei | 6516 |
| Alfredo Lozada Gentile | 6570 |
| Carlos A. González Martínez | 6731 |
| Obdulio Meléndez Ramos | 7191 |
| Héctor Maldonado Morales | 7306 |
| Luis A. Cáceres Martínez | 7897 |
| John D. McNamee-Alemañy | 8123 |
| Carmen A. Johnson de Marcel | 9546 |
| Isabel L. Garcés Castro | 12,434 |
| Dagoberto Cruz Ruiz | 12,529 |
| Vivian Gerena García | 17,217 |

Aprobación de Cambio de
Estatus Inactivo de
abril a diciembre de 2014                    Página 3

### agosto

| | |
|---|---|
| Félix López Pintado | 1879 |
| Rafael Carrión Santiago | 3232 |
| Isandra Muñoz Bonilla | 11,644 |

### septiembre

| | |
|---|---|
| Luis Antonio Muñiz Álvarez | 1423 |
| Luis A. Jiménez Meléndez | 2418 |
| Juan A. Arill Miranda | 2689 |
| John Cinque-Sacarello | 3095 |
| Frank Rodríguez García | 3216 |
| Juan E. Brunet Justiniano | 3254 |
| Israel Crespo Nieves | 3277 |
| Miguel R. Calderón Rivera | 3489 |
| Juan R. Melecio Machuca | 3946 |
| Aixza B. González Benoit | 4102 |
| Víctor M. Negrón Padilla | 4369 |
| Nilsa Lyons Ríos | 4689 |
| Federico L. Basora Martínez | 4882 |
| Ramberto Miranda Ramírez | 4958 |
| Pedro Sierra Rivera | 5167 |
| José H. Toledo Toledo | 5210 |
| Carlos Soler Aquino | 5364 |
| Vicente Aguirre Iturrino | 5571 |
| José M. Fernández Luis | 5955 |
| Carmelo Nieves Canino | 6045 |
| José E. Calzada Carrillo | 6126 |
| Emelie Picó de Philippi | 6961 |
| Antonia I. García Matos | 7633 |
| Yolanda Vargas Rodríguez | 8009 |
| Irma I. García Alvira | 8299 |
| Carlos J. Suro Llombart | 8404 |
| Vidal A. Reyes Flores | 9148 |
| Ada Pilar Martin Casals | 9915 |
| Hildren M. Francis Vassallo | 9930 |
| Raquel Mercado Velázquez | 10,737 |
| Juan Carlos García Ellín | 11,770 |
| Julia López Colón | 13,012 |
| Glendaly Elías Soto | 14,569 |
| Karla Marie Cortés Escobar | 14,959 |
| Iván A. Rodríguez Seda | 15,456 |
| Elizabeth D'Oleo Puig | 16,147 |

### octubre

| | |
|---|---|
| Clemente Ruiz, Jr. | 1676 |
| Roberto de la Torre Díaz | 2109 |
| Francisco R. Dávila Vega | 2686 |
| Raymond Sandoval Alemañy | 2812 |
| Rafael Benítez Díaz | 2894 |
| Felipe Algarín Rodríguez | 2978 |

Aprobación de Cambio de
Estatus Inactivo de
abril a diciembre de 2014                          Página 4

### octubre

| | |
|---|---|
| Pedro J. Torres Acevedo | 3272 |
| Abigail Vázquez Soliván | 4666 |
| José F. Beauchamp González | 5106 |
| Rafael Concepción Landrón | 5281 |
| Elías Maldonado Maldonado | 5464 |
| Diana Ortiz Vissepó | 6381 |
| Federico Estremera Medina | 6728 |
| Severo E. Colberg Toro | 6843 |
| José Rodríguez Ramos | 7072 |
| Myrta S. Chaves Martínez | 7472 |
| Norma I. Villanueva Díaz | 7802 |
| Awilda Vilches Reyes | 8933 |
| Gloria Iris Quintana Ramos | 12,468 |
| Lilliana A. Lebrón Sánchez | 13,422 |
| Patrick V. Bury Sepúlveda | 13,832 |
| Heidi Hernández Nieves | 14,931 |
| Hans S. Perl Matanzo | 15,211 |
| Ángel R. Jiménez Rodríguez | 15,237 |
| César A. Ortiz Marcano | 15,611 |
| María Gisela Ortiz Eliza | 15,675 |
| Michelle Brull Díaz | 15,699 |
| Javier E. Méndez Joy | 15,860 |
| Claudia Rivera Echevarría | 15,950 |
| Bayoán Olguín Arroyo | 16,045 |
| DelMarie C. Broco Medina | 16,257 |
| Mayra M. Malpica Rivera | 16,727 |
| Nuria Y. Ortiz Vargas | 16,812 |
| Ariadna M. Figueroa Collazo | 19,064 |

### noviembre

| | |
|---|---|
| Luis A. Juan Álvarez | 2041 |
| Pedro H. Ríos González | 3251 |
| Laura D. Lacén Orta | 3333 |
| María M. Soto Castro | 3795 |
| Reinaldo de León Martínez | 5478 |
| Edwin R. Nieves Troche | 9006 |
| Gloria M. Sierra Enríquez | 10,434 |
| María A. Caballero Moreno | 14,516 |
| Francis A. Márquez San Martín | 15,099 |
| Denise Alexia Alberty Oller | 15,202 |
| Hiram D. Ortega Cruz | 16,561 |

### diciembre

| | |
|---|---|
| Robert E. Schneider, Jr. | 1510 |
| Jorge L. Vilches Miranda | 1793 |
| Ramón Arturo Rosado Vilá | 2092 |
| Juan Ríos Colón | 2563 |
| Luis M. Escribano Díaz | 3000 |

Aprobación de Cambio de
Estatus Inactivo de
abril a diciembre de 2014                    Página 5

**diciembre**

| | |
|---|---|
| Angelita Rieckehoff González | 3010 |
| Luis F. Vázquez Ortiz | 3368 |
| Gladys Batista Torres | 3468 |
| Esteban L. Fuertes Betancourt | 3868 |
| Zoraida Guzmán de Bartolomei | 4216 |
| Pelayo R. Lorié Velasco | 4574 |
| José E. Ríos Gautier | 4591 |
| Julio Brau Rodríguez | 5467 |
| Rubén D. Nazario Velasco | 6123 |
| José A. Ramos Rodríguez | 6355 |
| Blanca A. Díaz Segarra | 8530 |
| Pedro Juan Vélez Laureano | 8630 |
| Lourdes T. Pagán González | 9867 |
| Dana W. Cruz Pérez | 10,851 |
| Jennifer M. Ferrer Carrero | 13,471 |
| Maribel Toro Pérez | 16,203 |
| Marcos A. Carpio Pérez | 16,425 |
| Amaryllis Montalvo Acosta | 18,370 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo